# UNITED STATES DISTRICT COURT
# District of Maine

| | |
|---|---|
| KAREN NOLAN, | ) |
| | ) |
| | ) |
| v. | ) |
| | ) **Civil No. 07-180-P-S |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendants | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 8, 2008, his Recommended Decision (Docket No. 12). Defendant filed its Objection to the Recommended Decision (Docket No. 14) on February 28, 2008. The Plaintiff filed her response to Defendant's Objection (Docket No. 15) on March 11, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is **ORDERED** that Defendant's Motion to Dismiss (Docket No. 6) is **DENIED**.

3. It is **ORDERED** that Plaintiff's Motion to Submit Affidavits (Docket No. 8) is **DENIED** without prejudice.

3. It is **ORDERED** that Plaintiff's Motion to Remand (Docket No. 13) is **GRANTED;** therefore, this case is remanded to this agency for further proceedings consistent with this order.

/s/George Z. Singal
Chief U.S. District Judge

Dated: March 21, 2008